**Opinion filed January 9, 2014**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-13-00339-CV**

_____

**NICOLE WILLIS, Appellant**

**V.**

**BUFFET PARTNERS, L.P., Appellee**

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 48429**

**M E M O R A N D U M   O P I N I O N**

Appellant, Nicole Willis, filed a pro se notice of appeal on November 7, 2013. Appellant did not remit the filing fee or an affidavit of indigence with her notice of appeal, and this court notified Appellant that the filing fee was due. We subsequently informed Appellant, by letter dated December 12, 2013, that this appeal would be subject to dismissal if she failed to timely pay the $195 filing fee. Appellant has not responded to our letters, and as of this date, Appellant has not

paid the filing fee.  We note that Appellant has also failed to pay for the clerk's record and the reporter's record.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal.  TEX. R. APP. P. 5, 42.3.

PER CURIAM


January 9, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.